MAY 27, 1957.

No. 818. TEAMSTERS, CHAUFFEURS, HELPERS & TAXICAB DRIVERS, LOCAL UNION No. 327, ET AL. *v.* KERRIGAN IRON WORKS, INC., ET AL.

*Per Curiam:* The petition for writ of certiorari is granted and the judgment of the Court of Appeals of Tennessee is reversed. *Weber* v. *Anheuser-Busch, Inc.,* 348 U. S. 468; *General Drivers Union* v. *American Tobacco Co.,* 348 U. S. 978. *L. N. D. Wells, Jr., David*

*Previant* and *H. G. B. King* for petitioners.   *Cecil Sims* for the Kerrigan Iron Works, Inc., respondent.